PD-0796-15

IN THE
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

granted to
10-19-15
pc
10-9-15

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | COA NO. 02-14-00043-CR |
| VS. | § | PD-0796-15 |
| | § | TRIAL COURT NO. 1276053D |
| JOHNATHAN LEWIS HELM | § | |

## MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR REHEARING ON
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JOHNATHAN LEWIS HELM, Petitioner, and files this motion for an extension of thirty (30) days in which to file the Motion for Rehearing on the Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

I.

The Petitioner was sentenced on this cause on January 15, 2014 to a term of twenty (20) years in the Institutional Division of the Texas Department of Criminal Justice. Petitioner filed his brief in the Court of Appeals on June 17, 2014. The case was submitted to the Court of Appeals, without oral argument, on October 31, 2014. The Court of Appeals affirmed Appellant's conviction on June 4, 2015. Petitioner filed his Petition for Discretionary Review on June 29, 2015. The Court of Criminal Appeals affirmed Appellant's conviction on September 16, 2015. Petitioner is currently incarcerated.

II.

This is Appellant's first request for an extension of time to file his Motion for Rehearing on his Petition for Discretionary Review.

FILED IN
COURT OF CRIMINAL APPEALS

October 9, 2015

ABEL ACOSTA, CLERK

## III.

The deadline for filing this Motion for Rehearing in this cause is October 1, 2015. The Appellant has not requested any extensions prior to this request.

## IV.

Appellant's request for extension is based on the following facts: Appellant's Petition for Discretionary Review was refused on September 16, 2015. Appellant did not receive the Court of Criminal Appeals' affirmation until September 28, 2015 via correspondence from Appellant's attorney, William H. "Bill" Ray. Attached as an exhibit of evidence to when Appellant received the Court of Criminal Appeals' response to his Petition for Discretionary Review is the letter received from Appellant's attorney.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Honorable Court of Criminal Appeals grant this motion and extend the deadline for filing the Motion for Rehearing to October 31, 2015.

Respectfully submitted,

Johnathan Lewis Helm, #01900811
Appellant, Pro Se
L.V. Hightower Unit
902 FM 686
Dayton, Texas 77535-2299

# WILLIAM H. "BILL" RAY, P.C.
## ATTORNEY AT LAW
### 512 MAIN STREET, STE. 308
### FORT WORTH, TEXAS  76102

**(817)698-9090**                                   **FAX (817)698-9092**

September 23, 2015

Mr. Johnathan Helm, TDCJ Number 1900811
Hightower Unit
902 FM 686
Dayton, TX   77535

Dear Mr. Helm,

I am in receipt of an email from the Court of Criminal Appeals denying discretionary review in your case.   It is enclosed.

This concludes my representation in this matter.  There are possibly other avenues that you may proceed with, such as an 11.07 Application for Writ of Habeas Corpus, however, that matter and all others are not within the scope of my employment.  In the event you choose to pursue such a matter, be advised that there are time limitations which must be complied with.

I wish you good luck.

Thank you.

Sincerely,

William H . "Bill" Ray